# EXHIBIT 1

## U.S. PATENT NO. 7,269,973

### CLAIM 1

| | |
|---|---|
| Claim 1. An eternity band having a multi-stone circular setting in combination with gemstones or diamonds each having side wall surfaces, comprising: | side wall surfaces<br><br>multi-stone setting<br><br><br><br>diamonds |
| a) a plurality of U-shaped seats being connected in series to form a circular configuration; each of said U-shaped seats form a seating area for receiving and mounting a gemstone; | a) U-shaped seats<br><br>seating area |
| b) each of said U-shaped seats include an inner U-shaped member and an outer U-shaped member; | b) inner U-shape |

| | outer U-shape |
|---|---|
| c) a plurality of said inner U-shaped members being connected in series to form an inner wall; and a plurality of said outer U-shaped members being connected in series to form an outer wall; | c) inner U-shape<br><br>outer U-shape |
| d) each of said inner and outer U-shaped members having two upstanding prongs which are shared with the adjacent U-shaped seats for seating adjacent gemstones so the side wall surfaces of adjacent gemstones touch each other to provide the appearance of a single continuous gemstone surface extending all the way around the eternity band; | d) two prongs<br><br>U-shaped seats<br><br>touching side wall surfaces |
| e) each of said inner and outer U-shaped members being connected by two spaced- | e) two transverse support bars |

| | |
|---|---|
| apart transverse support bars on which each gemstone is seated in said seating area; | |
| f) each of said inner and outer U-shaped members being formed by a lower support bar disposed at the bottom of said U-shaped members to form a plurality of viewing areas to allow the viewer to view the side wall surfaces of the seated gemstone which allows maximum visibility of the side of each gemstone, including the girdle, pavilion and culet of each gemstone; and | f) lower support bar<br><br>side wall surfaces |
| g) each of said upstanding prongs having upper ends for engaging the side wall surfaces of two adjacent gem stones to keep said gemstones seated within said seating areas. | g) prongs having upper ends |