# EXHIBIT B

US00D513712S

## (12) United States Design Patent
### Koren

(10) Patent No.: **US D513,712 S**
(45) Date of Patent: ** **Jan. 24, 2006**

(54) **ETERNITY BAND WITH U-SHAPED SEATS FOR GEMSTONES**

(76) Inventor: Daniel Koren, 555 Madison Ave., New York, NY (US) 10022

(**) Term: 14 Years

(21) Appl. No.: 29/229,174

(22) Filed: May 4, 2005

(51) LOC (8) Cl. .................................................. 11-01
(52) U.S. Cl. .............................................. D11/34; D11/38
(58) Field of Classification Search ............... D11/3, D11/26–39, 86, 91, 92; 63/15, 15.1–15.4, 63/15.45, 15.5–15.6, 15.65, 15.7–15.9, 26–28
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 332,183 A | * | 12/1885 | Becker | 63/27 |
| 802,267 A | * | 10/1905 | Chaumet | 63/28 |
| D68,149 S | * | 9/1925 | Lindeberg | D11/38 |
| D152,253 S | * | 1/1949 | Gaertner | D11/34 |
| D373,969 S | * | 9/1996 | Ambar | D11/34 |
| D439,190 S | * | 3/2001 | Itzkowitz | D11/26 |
| D451,046 S | * | 11/2001 | Itzkowitz | D11/26 |
| 6,442,971 B1 | | 9/2002 | Gurevich | |
| D472,840 S | * | 4/2003 | Visick | D11/3 |
| D480,323 S | | 10/2003 | Levi | |
| D488,088 S | | 4/2004 | Vartanian | |
| D506,158 S | * | 6/2005 | McMullan et al. | D11/91 |

OTHER PUBLICATIONS

Platinum Guild International USA Catalogue vol. VIII; 2000; pg. 137; middle right side of page.*

* cited by examiner

Primary Examiner—Louis S. Zarfas
Assistant Examiner—Melanie Levy
(74) Attorney, Agent, or Firm—Ezra Sutton, Esq.

(57) **CLAIM**

The ornamental design for an eternity band with U-shaped seats for gemstones, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an eternity band with U-Shaped seats for gemstones embodying my new design with the gemstones shown in dotted lines for illustrative purposes only and forming no part of the claimed design;
FIG. 2 is a front elevational view thereof; and the rear elevational view being a mirror image thereof;
FIG. 3 is a right side elevational view thereof; and the left side elevational view being a mirror image thereof;
FIG. 4 is a top plan view thereof; and,
FIG. 5 is a bottom plan view thereof.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5